# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| SHARESE S. SAUNDERS,<br>         *Plaintiff*,<br>v.<br>CAROLYN W. COLVIN[1], Acting Commissioner of Social Security,<br>         *Defendant*. | CASE NO. 6:12–cv–00071<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  For the reasons set forth in the accompanying memorandum opinion, the Court hereby overrules Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 22); adopts Judge Ballou's Report and Recommendations (docket no. 21) in full; grants the Commissioner's Motion for Summary Judgment (docket no. 16); denies Plaintiff's Motion for Summary Judgment (docket no. 11); and dismisses this action, striking it from the Court's active docket.

  It is so ORDERED.

  The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

  Entered this  10th  day of March, 2014.

                       */s/ Norman K. Moon*
                       NORMAN K. MOON
                       UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is hereby substituted for Michael J. Astrue as the defendant in this suit.